**Order entered May 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00163-CV
### No. 05-18-00164-CV

### IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 1-09-843 and 01-15-76**

## ORDER

Before the Court are the motion of Susan Z. Wright, supported by interested parties, to dismiss this appeal and appellants' response. We **DENY** the motion.

Having suspended the deadline for filing appellees' responsive brief(s) pending our determination of the motion to dismiss, we **ORDER** appellees to file their responsive brief(s) no later than June 21, 2019.

/s/    BILL WHITEHILL
       JUSTICE